Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dr. Irakli Glonti and David Dateshidze

Plaintiff,

-v-

Lehman Brothers, Inc. and
RBC Dain Rauscher, Inc.

Defendant.

07 CV 10975

Case No._____

**Rule 7.1 Statement**

RECEIVED
DEC 0 4 2007
U.S.D.C. S.D. N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Dr. Irakli Glonti and David Dateshidze   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no corporate parents, affiliates and/or subsidiaries of Dr. Irakli Glonti and David Dateshidze which are publicly held.

**Date:** December 4, 2007

Signature of Attorney

**Attorney Bar Code:** AK1932

Form Rule7_1.pdf  SDNY Web 10/2007