(212) 619-0728   **UNITED PROCESS SERVICE, INC.**   E-Mail: info@unitedprocess.com
FAX: (212) 619-2288   THIRD FLOOR   Web: www.unitedprocess.com
315 BROADWAY
NEW YORK, NY 10007-1121

|  |  |
|---|---|
|  | Date Received   12/04/07 |
| ARNOLD I. KALMAN, ESQ.   Client Code 7299 | **BYRAN E. MCELDERRY** |
| 245 SOUTH HUTCHINSON STREET   (215) 829-9613 | Index # 07 CV 10975 |
| PHILADELPHIA, PA 19107 | File #   100(D) |
| UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK | **Invoice #**   **452768** |
|  | Date Purchased   12/04/07 |
|  | 120 Day   04/02/08 |

Plaintiff: DR. IRAKLI GLONTI, ETANO

Defendant: LEHMAN BROTHERS, INC., ETANO

Copies   Yes

Recipient(s):

1) RBC DAIN RAUSCHER, INC.    SUMMONS AND COMPLAINT

Location:    Business: 1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036   33RD Floor

SERVED Date: 12/5/07  Time: 1549  Serve Sec'y of State____ Adv. Fee____ Att. Sending____

New Address _____

Served on: Nadia Juricich    Title/Relationship: GA

Desc: Sex: F  Skin Color: W  Hair Color: Br  Approx Age: 53  Height: 5'0  Weight: 130

Remarks: SERVE BY 12/18/07 AND CALL WHEN DONE

**REASON FOR RETURN**
UNKNOWN____ MOVED____ NEED APARTMENT #____
NO SUCH NUMBER____ NO LONGER EMPLOYED____
HELD AWAITING INSTRUCTIONS____ OUT OF BUSINESS____
**POSTAL SEARCH** _____
NO CHANGE OF ADD____ UNKNOWN AT ADDRESS GIVEN____
MOVED, NO FWD ADD____ FORWARDING ORDER EXPIRED____
**MOTOR VEHICLE SEARCH** _____
D.O.B, VIN OR PLATE #_____
NO HIT____ SAME ADDRESS____ NEW ADDRESS____

CODE B  CHARGE 100  CODE____ CHARGE____
CODE____ CHARGE____ CODE____ CHARGE____
CODE____ CHARGE____ CODE____ CHARGE____
CODE____ CHARGE____ CODE____ CHARGE____

**DO NOT PAY FROM THIS INVOICE. A STATEMENT WILL FOLLOW**

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: ARNOLD I. KALMAN, ESQ.

---

DR. IRAKLI GLONTI, ETANO

                                              Plaintiff(s)

               - against -

LEHMAN BROTHERS, INC., ETANO

                                              Defendant(s)

Index # 07 CV 10975

Purchased December 4, 2007
File # 100(D)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 5, 2007 at 03:49 PM at

1211 AVENUE OF THE AMERICAS
33RD FLOOR
NEW YORK, NY10036

deponent served the within SUMMONS AND COMPLAINT on RBC DAIN RAUSCHER, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to NADIA JURICICH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 53 | 5'0 | 130 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 5, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

BYRAN E. MCELDERRY
License #: 869802
Invoice #: 452768

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: ARNOLD I. KALMAN, ESQ.

---

DR. IRAKLI GLONTI, ETANO

                              Plaintiff(s)

            - against -

LEHMAN BROTHERS, INC., ETANO

                              Defendant(s)

Index # 07 CV 10975

Purchased December 4, 2007

File # 100(D)

**AFFIDAVIT OF SERVICE**

---

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to NADIA JURICICH personally, deponent knew said corporation so served to be the corporation described in said SUMMONS AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 53 | 5'0 | 130 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: December 5, 2007

| JOEL GRABER | JOSEPH KNIGHT | JONATHAN GRABER | BYRAN E. MCELDERRY |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 02GR4699723 | No. 01KN6178241 | No. 01GR6156780 | Invoice #: 452768 |
| Qualified in New York County | Qualified In New York County | Qualified in New York County | |
| Expires February 10, 2010 | Expires November 26, 2011 | Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728