UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DR. IRAKLI GLONTI and DAVID DATESHIDZE,

                Plaintiffs,

   - against -                                          07 CV 10975 (CM)

                                                            **NOTICE OF**
LEHMAN BROTHERS, INC. and                     **APPEARANCE**
RBC DAIN RAUSCHER, INC.

                Defendants.
----------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that KREBSBACH & SNYDER, P.C. hereby appears as counsel of record in the above captioned matter for defendant LEHMAN BROTHERS, INC.

Dated: New York, N.Y.
       December 11, 2007

                            KREBSBACH & SNYDER, P.C.

                     BY: _____
                           Theodore A. Krebsbach (TAK-2041)
                           Theodore R. Snyder (TRS-6376)

                           One Exchange Plaza
                           55 Broadway, Suite 1600
                           New York, NY 10006
                           (212) 825-9811

TO:

Arnold I. Kalman, Esq.
Law Offices of Arnold I. Kalman
245 South Hutchinson Street
Philadelphia, PA 19107-5722

Attorneys for Plaintiffs
Dr. Irakli Glonti and David Dateshidze