UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. IRAKLI GLONTI AND DAVID DATESHIDZE, <br><br> Plaintiffs, <br><br> v. <br><br> LEHMAN BROTHERS, INC. and RBC DAIN RAUSCHER, INC. <br><br> Defendants. | Case 07-cv-10975(CM) <br><br> **NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE** that BRESSLER, AMERY & ROSS, P.C. hereby appears as counsel of record in the above-captioned matter for Defendant RBC Dain Rauscher, Inc.

DATED:    New York, New York
                January 3, 2008

BRESSLER, AMERY & ROSS, P.C.

By: _____
    Brian F. Amery (BFA 7144)
    17 State Street, 34th Floor
    New York, New York 10004
    Tel 212-425-9300
    Fax 212-425-9337
    bamery@bressler.com

TO:

Arnold I. Kalman, Esq.
Law Offices of Arnold I. Kalman
245 South Hutchinson Street
Philadelphia, PA 19107-5722

Attorneys for Plaintiffs
Dr. Irakli Glonti and David Dateshidze

884382

Theodore A. Krebsbach, Esq.
Theodore R. Snyder, Esq.
Krebsbach & Snyder, P.C.
1 Exchange Plaza
55 Broadway, Suite 1600
New York, NY 10006

Attorneys for Defendant Lehman Brothers, Inc.