UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DR. IRAKLI GLONTI and DAVID DATESHIDZE,

                Plaintiffs,

    - against -                                            07 CV 10975 (CM)

                                                                               **NOTICE OF**
LEHMAN BROTHERS, INC. and                            **MOTION**
RBC DAIN RAUSCHER, INC.

                Defendants.
------------------------------------------------------------------X

        **PLEASE TAKE NOTICE**, upon the Complaint in this action and the declaration of Geoffrey Valentino and the exhibits thereto, defendant Lehman Brothers, Inc. ("Lehman Brothers") will move this Court, on a date and at a time to be selected by the Court, for an order, (i) pursuant to the Federal Arbitration Act 9 U.S.C. § 1 *et seq.*, staying the claims in the Complaint against Lehman Brothers and compelling those claims to arbitration; and (ii) for such other and further relief as this Court may deem just and proper.

Dated: January 4, 2008
       New York, New York

                                    KREBSBACH & SNYDER, P.C.

                                BY: _____
                                  Theodore A. Krebsbach (TAK-2041)
                                  Theodore R. Snyder (TRS-6376)

                                  One Exchange Plaza
                                  55 Broadway, Suite 1600
                                  New York, NY 10006
                                  (212) 825-9811

TO (via ECF):

Arnold I. Kalman, Esq.
Law Offices of Arnold I. Kalman
245 South Hutchinson Street
Philadelphia, PA 19107-5722

Attorneys for Plaintiffs
Dr. Irakli Glonti and David Dateshidze

Brian F. Amery, Esq.
Bressler, Amery & Ross, P.C.
325 Columbia Turnpike
Florham Park, New Jersey 07932

Attorneys for Defendant
RBC Dain Rauscher, Inc.