# BRESSLER, AMERY & ROSS, P.C.
## ATTORNEYS AT LAW

17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300
FAX: (212) 426-9337

www.bressler.com

NEW JERSEY OFFICE
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932
(973) 514-1200

FLORIDA OFFICE
HUNTINGTON CENTRE II
2801 S.W. 149TH AVENUE
MIRAMAR, FL 33027
(954) 499-7879

January 16, 2008

**MEMO ENDORSED**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

1/16/08
[signature]

Re:   Glonti, et al vs. RBC Dain Rauscher, Inc, et al
      Civil Action No. 07-CV-10975

Dear Judge McMahon:

Pursuant to your Individual Practices, we kindly request a page limit extension for our Reply Memorandum due Friday January 18, 2008 from 10 to 15 pages.

Respectfully yours,

[signature]

BRIAN F. AMERY

DIH/jk
888110

cc:   Arnold I. Kalman, Esq. (via fax)
      Theodore A. Krebsbach, Esq. (via fax)
      Theodore R. Snyder, Esq. (via fax)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 1/17/08