UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Glonti, et al.

Plaintiff(s),

-against-

Lehman Brothers, Inc et al

Defendant(s).
----------------------------------------X

07 Civ. 10975 (CM)(AJP)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable __Andrew J. Peck__, United States Magistrate Judge for the following purpose(s):

____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

✓ Specific Non-Dispositive Motion/Dispute:*
Arbitrability of Claims - allegations of forgery as to 4 brokerage contracts.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion: _____

All such motions: _____

* Do not check if already assigned for general pretrial.

Dated: 25 January 2008
New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

SO ORDERED

Hon. Colleen McMahon
United States District Judge